# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>REYES RODRIGUEZ,<br><br>　　　　　　　　Defendant. | Case No. 1:17-cr-00144-BLW<br><br>**ORDER** |

The Court has been notified that the defendant is absent from the district. Dkts. 16 & 17. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the present pretrial and trial dates be VACATED.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date to be set once the defendant is located be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(3)(A), which provides for excludable time for "[a]ny period of delay resulting from the absence or unavailability of the defendant . . . ."

DATED: **October 19, 2017**

B. LYNN WINMILL
Chief U.S. District Court Judge